**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| Juan Sebastian Chavez Velasco | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 5:26–cv–00491 |
| | § | |
| | § | |
| TODD LYONS | § | |
| | § | |

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Notice that the above-captioned case is referred to the assigned United States Magistrate Judge to conduct all pretrial proceedings in the case, including non-dispositive hearings and rulings and Rule 26(f), pretrial, and settlement conferences, in accordance with 28 U.S.C. Section 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

It is so ORDERED.

Signed on the 25th of March 2026.

Diana Saldaña
United States District Judge