**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JUAN SEBASTIAN CHAVEZ VELASCO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00491** |
| | § | |
| **TODD M. LYONS,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER TO SHOW CAUSE & PROHIBIT PETITIONER'S REMOVAL FROM

## DISTRICT AND UNITED STATES

Pending before the Court is Petitioner Juan Sebastian Chavez Velasco's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Motion for Temporary Restraining Order, (Dkt. 2). Petitioner is **ORDERED** to submit proof of service to the named Respondents by registered or certified mail pursuant to Federal Rule of Civil Procedure 4(i) and Federal Rule of Civil Procedure 65 by **March 30, 2026**.

Having reviewed the Petition and Motion for Temporary Restraining Order, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and Motion for Temporary Restraining Order, (Dkt. 2), and serve it on Petitioner no later than **April 1, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **April 8, 2026**.

Additionally, under the Court's inherent authority under the All Writs Act, 28 U.S.C. § 1651(a), to enjoin the transfer or removal of noncitizens while their habeas petitions are pending, and in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that **Respondents may not remove or transfer Petitioner outside of this Court's jurisdiction until the Court orders otherwise or this case is closed.** *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025) (collecting cases); *Mejia v. Cabezas*, 2025 WL 3544345, at *1 (D.N.J. Nov. 14, 2025) (collecting cases); *Santiago v. Noem*, 2025 WL 2606118, at *2–3 (W.D. Tex. Sept. 9, 2025) (collecting cases); *Zorrilla Marcano v. Lopez et al.*, Case No. 3:26-cv-00748-DB, Dkt. No. 2 (W.D. Tex. Mar. 18, 2026); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("[T]he District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

The Clerk is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), the Motion for Temporary Restraining Order, (Dkt. 2), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

IT IS SO ORDERED.

SIGNED this March 25, 2026.

_____
Diana Saldaña
United States District Judge